AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_Eastern_ District of _California_

UNITED STATES OF AMERICA v.

Plaintiff(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

JAMES A. BYRNE    Defendant(s),

CASE NUMBER: 3:16-mj-00008CMK

Notice is hereby given that, subject to approval by the court, JAMES A. BYRNE substitutes
(Party (s) Name)

JAMES A. BYRNE , State Bar No. In Pro Se as counsel of record in
(Name of New Attorney)

place of   JOE GAZZIGLI
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: SIQIRIUS CORPORATION
Address: P.O. Box 125 WEED CA 96094
Telephone: 541-841-8247    Facsimile
E-Mail (Optional): MTSHASTA@SIQURI.VS

I consent to the above substitution.
Date: June 22nd 2016

(Signature of Party (s))

I consent to being substituted.
Date: 6/23/2016

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6-24-2016

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]