# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

JAMES A. BYRNE

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:16-mj-0008 CMK**

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): ____.
[X] pleaded nolo contendere to counts(s) _1, 3, 4 and 5_ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
[X] count 2 was previously dismissed on motion of the government.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut or damage forest products | 01/31/16 | 1 |
| 36 CFR 261.10(d)(2) | Discharge Firearm Endangering Person or Property | 01/31/16 | 3 |
| 36 CFR 261.10(a) | Construct road or trail | 01/31/16 | 4 |
| 36 CFR 261.11(b) | Leave refuse in unsanitary condition | 01/31/16 | 5 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

01/10/2017
Date of Imposition of Judgment

_Craig M. Kellison_
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

01/10/2017
Date

DEFENDANT: JAMES A. BYRNE, 3:16-mj-0008 CMK

## IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY (20) DAYS.

## FINE

The defendant shall pay a fine in the sum of $960.00 plus $40 special assessments for a total fine of $1,000.00 all due and payable on or before March 1, 2017. Said payment shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814, (916)930-4000.